ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
CATHY A. HONGOLA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         mbetz@allenmatkins.com
         chongola@allenmatkins.com

Attorneys for Defendant
NETAPP, INC.

IT IS SO ORDERED
Judge Edward J. Davila
1/23/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED STORAGE CONSULTING SERVICES, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>NETAPP, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C12-6209  EJD (PSG)<br><br>**SECOND STIPULATION EXTENDING TIME TO FILE RESPONSE TO COMPLAINT** |

Plaintiff Integrated Storage Consulting Services, Inc. ("ISCSI") and Defendant NetApp, Inc. ("NetApp"), hereby agree and stipulate as follows:

WHEREAS, on December 7, 2012, ISCSI filed a Complaint for Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Statutory Unfair Competition under California Law, and California Common Law, and Equitable Claims against NetApp;

WHEREAS, the last day for NetApp to respond to ISCSI's Complaint was January 2, 2013;

WHEREAS, on December 26, 2012, the parties agreed that NetApp should have an extension to January 23, 2013 to respond to ISCSI's Complaint; and

1     WHEREAS, the parties now agree that NetApp shall have a further extension to January 30, 2013 to respond to ISCSI's Complaint.

3     NOW, THEREFORE, the Parties stipulate that NetApp shall file its response to the Complaint on or before January 30, 2013.

5     SO STIPULATED.

6 Dated: January 18, 2013      ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP

By:     */s/ Cathy A. Hongola*
    CATHY A. HONGOLA
    Attorneys for Defendant
    NETAPP, INC.

11 Dated: January 18, 2013      DONANHUE GALLAGHER WOODS LLP

By:     */s/ Andrew S. MacKay*
    ANDREW S. MACKAY
    Attorneys for Plaintiff
    INTEGRATED STORAGE CONSULTING
    SERVICES, INC.

17     Attestation Regarding Signature: This document is being filed electronically under my User ID and Password. Pursuant to General Order 45, Section X.B, I hereby attest that concurrence in this filing of this document has been obtained from the other signatory to this document.

    */s/ Cathy A. Hongola*
    Cathy A. Hongola