```
IT IS SO ORDERED
Judge Edward J. Davila
1/23/2013
```

1  ROBERT R. MOORE (BAR NO. 113818)
   MICHAEL J. BETZ (BAR NO. 196228)
2  CATHY A. HONGOLA (BAR NO. 234489)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   Three Embarcadero Center, 12th Floor
4  San Francisco, CA  94111-4074
   Phone:  (415) 837-1515
5  Fax:  (415) 837-1516
   E-Mail:  rmoore@allenmatkins.com
6           mbetz@allenmatkins.com
            chongola@allenmatkins.com
7
   Attorneys for Defendant
8  NETAPP, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED STORAGE CONSULTING SERVICES, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>NETAPP, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C12-6209  EJD (PSG)<br><br>**SECOND STIPULATION EXTENDING TIME TO FILE RESPONSE TO COMPLAINT** |

Plaintiff Integrated Storage Consulting Services, Inc. ("ISCSI") and Defendant NetApp, Inc. ("NetApp"), hereby agree and stipulate as follows:

WHEREAS, on December 7, 2012, ISCSI filed a Complaint for Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Statutory Unfair Competition under California Law, and California Common Law, and Equitable Claims against NetApp;

WHEREAS, the last day for NetApp to respond to ISCSI's Complaint was January 2, 2013;

WHEREAS, on December 26, 2012, the parties agreed that NetApp should have an extension to January 23, 2013 to respond to ISCSI's Complaint; and

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

872477.01/SF

Case No.  C12-6209 PSG
Second Stipulation Extending Time to File Response to Complaint
-1-

1    WHEREAS, the parties now agree that NetApp shall have a further extension to January
2 30, 2013 to respond to ISCSI's Complaint.
3    NOW, THEREFORE, the Parties stipulate that NetApp shall file its response to the
4 Complaint on or before January 30, 2013.
5    SO STIPULATED.

6 Dated:  January 18, 2013               ALLEN MATKINS LECK GAMBLE
                                         MALLORY & NATSIS LLP
7

8                                        By:   */s/ Cathy A. Hongola*
9                                              CATHY A. HONGOLA
                                               Attorneys for Defendant
10                                             NETAPP, INC.

11 Dated:  January 18, 2013               DONANHUE GALLAGHER WOODS LLP
12

13                                       By:   */s/ Andrew S. MacKay*
                                               ANDREW S. MACKAY
14                                             Attorneys for Plaintiff
                                               INTEGRATED STORAGE CONSULTING
15                                             SERVICES, INC.

16

17    Attestation Regarding Signature: This document is being filed electronically under my
18 User ID and Password.  Pursuant to General Order 45, Section X.B, I hereby attest that
19 concurrence in this filing of this document has been obtained from the other signatory to this
20 document.                                   */s/ Cathy A. Hongola*
                                               Cathy A. Hongola

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

872477.01/SF

Case No.  C12-6209 PSG
Second Stipulation Extending Time to File
Response to Complaint

-2-