IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED STORAGE CONSULTING SERVICES INC., <br><br> Plaintiff, <br> v. <br><br> NETAPP, INC., and DOES 1-10, <br><br> Defendants. | CASE NO. 5:12-CV-06209-EJD <br><br> **CASE MANAGEMENT ORDER** |

This case is scheduled for a Case Management Conference on August 8, 2014. Based on the parties' Joint Case Management Statement (see Docket Item No. 83), the court has determined an appearance is premature at this time. Accordingly, the Case Management Conference is VACATED. The court will reset the conference if necessary upon resolution of the motion for leave to amend.

**IT IS SO ORDERED.**

Dated: August 4, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-CV-06209-EJD
CASE MANAGEMENT ORDER