UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED STORAGE CONSULTING SERVICES, INC., a Colorado corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NETWORK APPLIANCE, INC., dba NETAPP, INC., a Delaware corporation and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 5:12-CV-06209EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 97]** |

Having reviewed the parties' joint statement filed January 15, 2015 (see Docket Item No. 97), the court finds that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference scheduled for January 22, 2015 is CONTINUED to **10:00 a.m. on June 18, 2015.** The parties shall file an updated Joint Case Management Statement on or before **June 11, 2015.**

**IT IS SO ORDERED.**

Dated: January 20, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge