UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED STORAGE CONSULTING SERVICES, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>NETAPP, INC.,<br><br>          Defendant. | Case No.  5:12-cv-06209-EJD<br><br>**ORDER CONTINUING CASE MANGEMENT CONFERENCE**<br><br>Re: Dkt. No. 105 |

Having reviewed the parties Joint Case Management Conference Statement (Docket Item No. 105), the Court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for June 18, 2015, is CONTINUED to **10:00 a.m. on September 24, 2015**. The parties shall file an updated Joint Case Management Conference Statement on or before **September 17, 2015**, unless a stipulated request to stay this action is filed prior to that date.

**IT IS SO ORDERED.**

Dated: June 15, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:12-cv-06209-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE