UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED STORAGE CONSULTING SERVICES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NETAPP, INC.,<br><br>    Defendant. | Case No.  5:12-cv-06209-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' joint statement (see Docket Item No. 107), the court finds that a scheduling conference is unnecessary at this time.  Accordingly, the Case Management Conference scheduled for September 24, 2015, is VACATED and will be reset in the order addressing the pending motion to dismiss.

**IT IS SO ORDERED.**

Dated:  September 21, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-cv-06209-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE

1