JOHN C. KIRKE (Bar No.175055)
ANDREW S. MACKAY (Bar No. 197074)
DANIEL H. SENTER (Bar No. 271626)
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
Phone: (510) 451-3300
Fax: (510) 451-1837
E-Mail:   jkirke@donahue.com
          amackay@donahue.com
          dsenter@donahue.com

Attorneys for Plaintiff
INTEGRATED STORAGE
CONSULTING SERVICES, INC.

ROBERT R. MOORE (Bar No. 113818)
MICHAEL J. BETZ (Bar No. 196228)
ALEXANDER J. DOHERTY (Bar No. 261552)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail:   rmoore@allenmatkins.com
          mbetz@allenmatkins.com
          adoherty@allenmatkins.com

Attorneys for Defendant
NETAPP. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED STORAGE CONSULTING SERVICES, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>NETAPP, INC., a Delaware corporation and DOES 1-10,<br><br>Defendants. | Case No. C12-6209 EJD (NMC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)** |

**TO THE CLERK OF THE COURT AND HONORABLE JUDGE EDWARD J. DAVILA**

IT IS HEREBY STIPULATED by and between Plaintiff Integrated Storage Consulting Services, Inc. ("Plaintiff") and Defendant NetApp, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that this entire case be and hereby is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, which states that a "plaintiff may dismiss an action without court order by filing . . . a stipulation signed by all parties who have appeared."

**RECITALS**

1. On or about December 7, 2012, Plaintiff filed this case in the United States District Court for the Northern District of California, Case No. 12-CV-06209 (the "Action").

2. On or about November 17, 2016, the Parties participated in court-ordered meditation and agreed to resolve all claims against each other in the Action.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREFORE, the Parties, through their undersigned attorneys of record, hereby stipulate to dismiss the Action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with the Action and its dismissal.

All parties that have appeared in the Action have consented and agreed to the dismissal with prejudice pursuant to this Stipulation, and accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: January 4, 2017            DONAHUE FITZGERALD LLP

By:/s/ John C. Kirke
John C. Kirke
Attorneys for Plaintiff
INTEGRATED STORAGE CONSULTING SERVICES, INC.

Dated: January 4, 2017

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: /s/ Michael J. Betz
Michael J. Betz
Attorneys for Defendant
NETAPP, INC.

## ATTORNEY ATTESTATION

This document is being filed electronically under my ECF User ID and Password. Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in this filing of this document has been obtained from the signatories to this document.

/s/ John C. Kirke
John C. Kirke

**ORDER**

Having reviewed the Stipulation, the Court orders as follows:

1. This case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Each party shall bear its own costs and attorneys' fees.

The Clerk shall close this file.

**IT SO ORDERED.**

Dated: January 5, 2017

EDWARD J. DAVILA
United States District Judge